| | |
|---|---|
| SHELLY BERRY-SYLLA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KILOLO KIJAKAZI, ) <br> *Acting Commissioner of Social Security* ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 5:20-CV-511-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for judgment on the pleadings, the defendant's motion to remand and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2022, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion to remand for further proceedings is denied. Defendant's decision is reversed and this matter is remanded to defendant for an award of benefits.

**This Judgment Filed and Entered on March 30, 2022, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)


March 30, 2022                    PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K.Collins
                                        (By) Sandra K. Collins, Deputy Clerk